946

No. 852, Misc. ROBINSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 856, Misc. BAHR v. BREWER, WARDEN. Sup. Ct. Iowa. Certiorari denied.

No. 858, Misc. WINEGAR v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 861, Misc. WATKINS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 863, Misc. PARTON v. NEWELL, SHERIFF. C. A. 6th Cir. Certiorari denied. *David M. Pack,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

No. 871, Misc. BALLARD ET AL. v. HUGHES, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 879, Misc. NEAL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 880, Misc. MINTZER v. SHIVITZ, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied.

No. 883, Misc. SHEER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Nicholas J. Capuano* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 886, Misc. VASQUEZ v. JONES. Sup. Ct. Cal. Certiorari denied.